No. 110. CAMMER *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. *Charles E. Ford* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General*

*Olney, Beatrice Rosenberg* and *Richard J. Blanchard* for the United States.